19336.   MORRISON *v.* COLUMBUS TRANSPORTATION CO.

DECIDED MAY 15, 1929.

*G. Y. Tigner,* for plaintiff.   *F. U. Garrard,* for defendant.

BELL, J.   (After stating the foregoing facts.)   Under the allegations of the petition, it could not be inferred that the negligence of the defendant was the proximate cause of the plaintiff's injury, and it was therefore proper to sustain the demurrer and dismiss the petition.   *Perry* v. *Central Railroad,* 66 *Ga.* 746 (4, 5); *Andrews* v. *Kinsel,* 114 *Ga.* 390 (2) (40 S. E. 300, 88 Am. St. R. 25); *Southern Ry. Co.* v. *Webb,* 116 *Ga.* 152 (42 S. E. 395, 59 L. R. A. 109); *Postal Telegraph Co.* v. *Kelly,* 134 *Ga.* 218 (67 S. E. 803); *Beckham* v. *Seaboard Air-Line Ry.,* 127 *Ga.* 550 (2) (56 S. E. 638, 12 L. R. A. (N. S.) 476); *Shaw* v. *Macon,* 6 *Ga. App.* 306 (64 S. E. 1102); *Harper* v. *Fulton Bag & Cotton Mills,* 21 *Ga. App.* 322 (94 S. E. 286); *Higginbotham* v. *Rome Ry. & Light Co.,* 23 *Ga. App.* 753 (99 S. E. 638); *General Fire Extinguisher Co.* v. *Daniel,* 25 *Ga. App.* 282 (103 S. E. 257); *Means* v. *Barnesville,* 28 *Ga. App.* 671 (3) (112 S. E. 739).

The case as laid does not fall within the principle of the decisions relied on by the plaintiff in error, including *Spires* v. *Goldberg,* 26 *Ga. App.* 530 (106 S. E. 585); *McAfee* v. *Martin,* 34 *Ga. App.* 247 (129 S. E. 168); *Letton* v. *Kitchen,* 37 *Ga. App.* 111 (139 S. E. 155), affirmed in 166 *Ga.* 121 (142 S. E. 658).

*Judgment affirmed.   Jenkins, P. J., and Stephens, J., concur.*